MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ANTHONY JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-01739-BAM<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME OF 30 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 additional days to respond to Plaintiff's opening brief. The current due date is October 4, 2019. The new due date will be November 4, 2019.

This is Defendant's first request for an extension of time for briefing and the second request in this case overall. There is good cause for this request. Since the filing of Plaintiff's opening brief, Defendant's counsel diligently worked on various district court cases and other substantive non-court matters, some of which required more time to complete than anticipated. Before and around the original due date of October 4, 2019, counsel will be on pre-approved leave. Counsel

also has about 12 district court matters scheduled between October 4, 2019, to November 4, 2019. Some of the other cases have been previously extended by other plaintiffs or Defendant, and counsel is prioritizing older cases or cases where she requested an extension but was unsuccessful in obtaining an extension despite her attempts. She requires additional time to review the record in this case, to evaluate the issues raised in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's brief.

Thus, Defendant is respectfully requesting additional time up to and including November 4, 2019, to respond to Plaintiff's opening brief. This request is made in good faith with no intention to unduly delay the proceedings. Defendant apologizes for the delay and any inconvenience caused by the delay.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: October 2, 2019         NEWEL LAW
                              *s/ Melissa Newel by C.Chen\**
                              (As authorized by email on 10/2/2019)
                              MELISSA NEWEL
                              Attorneys for Plaintiff

Date: October 2, 2019         MCGREGOR W. SCOTT
                              United States Attorney

                              By *s/ Carolyn B. Chen*
                              CAROLYN B. CHEN
                              Special Assistant U. S. Attorney

                              Attorneys for Defendant

### **ORDER**

Pursuant to the parties' stipulation, and good cause appearing, Defendant's request for an extension of time to file a response to Plaintiff's Opening Brief is GRANTED. Defendant shall

file a response to Plaintiff's Opening Brief on or before November 4, 2019.  All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **October 3, 2019**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE